IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SABRENA LYNN MORGAN, et al<br><br>   Defendant. | Case No.   14-06011-01/05-CR-W-HFS |

<u>GOVERNMENT'S WITNESS LIST</u>

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Darin Berry

2. Chris Holder

3. Timothy St. John

4. J.D. Roberts
   Task Force Officer
   Drug Enforcement Administration

5. Ryan Sprague
   Special Agent
   Drug Enforcement Administration

6. Jimmy Taylor

7. Chris Williams

                          Respectfully submitted,

                          Tammy Dickinson
                          United States Attorney

By    */s/ Bruce Rhoades*
                          Bruce Rhoades
                          Assistant United States Attorney
                          Narcotics & Violent Crimes Unit

                          Charles Evans Whittaker Courthouse
                          400 East 9th Street, Room 5510
                          Kansas City, Missouri    64106
                          Telephone: (816) 426-3122

BR/lm

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on this 10th day of February 2015, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Bruce Rhoades*

Bruce Rhoades
Assistant United States Attorney